**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**LAWANDA BARNES**                                                                          **PLAINTIFF**

**VS.**                                                              **CAUSE NO. 3:16-cv-413 HTW-LRA**

**CONN APPLIANCES, INC.**                                                        **DEFENDANT**

## NOTICE OF DEPOSITION

TO:   Christopher Neyland, Esq.
       Morgan & Morgan
       188 East Capitol St., Suite 777
       Jackson, MS 39201

       Jared Lee
       Morgan & Morgan
       20 N. Orange Ave., Suite 1600
       Orlando, FL  32801

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure,

Defendant Conn Appliances, Inc., will take the deposition, stenographically, of **Lawanda**

**Barnes and Iassac Barnes**.  These depositions will take place at the following location and

times:

Offices of Christopher Neyland, Esq.
Morgan & Morgan
188 East Capitol St., Suite 777
Jackson, MS 39201

**Lawanda Barnes 9:30 a.m. on December 1, 2016**
**Iassac Barnes 2:00 p.m. on December 1, 2016**

The oral examinations will continue from day to day until completed, and will be

conducted before an officer authorized to administer oaths, and shall be videotaped. You are

invited to attend and to take part in the examinations as you may deem fit and proper.  You are

hereby invited to appear at said time and place and take such part in the examination as you

deem appropriate.

Respectfully submitted, this the 18th day of November, 2016.

**CONN APPLIANCES, INC.**

By:      */s/ Mandie B. Robinson*
         Mandie B. Robinson, MSB #100446
         James L. Banks, MSB # 102278

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
200 South Lamar Street, Ste. 100
Jackson, MS  39201-4099
Post Office Box 22608
Jackson, MS  39225-2608
Telephone:  (601) 960-8600
Facsimile:  (601) 960-8613
Mandie.robinson@formanwatkins.com
Jake.Banks@formanwatkins.com

<u>**CERTIFICATE OF SERVICE**</u>

I do hereby certify that I have this day served a true and correct copy of the above and

foregoing document via the Court's electronic mailing system on the following:

> Christopher Neyland, Esq.
> Morgan & Morgan
> 188 East Capitol St., Suite 777
> Jackson, MS 39201
> CNeyland@forthepeople.com
>
> Jared Lee
> Morgan & Morgan
> 20 N. Orange Ave., Suite 1600
> Orlando, FL  32801
> JLee@forthepeople.com
>
> ***Counsel for Lawanda Barnes***

This the 18th day of November, 2016.

> */s/ Mandie B. Robinson*_____
> MANDIE B. ROBINSON