**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**


**LAWANDA BARNES**                                           **PLAINTIFF**

**VS.**                                        **CAUSE NO. 3:16-cv-413 HTW-LRA**

**CONN APPLIANCES, INC.**                                    **DEFENDANT**


<u>**AMENDED NOTICE OF DEPOSITION**</u>

TO:    Christopher Neyland, Esq.
       Morgan & Morgan
       188 East Capitol St., Suite 777
       Jackson, MS 39201

       Jared Lee
       Morgan & Morgan
       20 N. Orange Ave., Suite 1600
       Orlando, FL  32801


       PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure,

Defendant Conn Appliances, Inc., will take the deposition, stenographically, of **Lawanda**

**Barnes and Iassac Barnes**.  These depositions will take place at the following location and

times:

               Offices of Christopher Neyland, Esq.
               Morgan & Morgan
               188 East Capitol St., Suite 777
               Jackson, MS 39201

               **Lawanda Barnes 9:30 a.m. on December 1, 2016**
               **Iassac Barnes 2:00 p.m. on December 1, 2016**

       The oral examinations will continue from day to day until completed, and will be

conducted before an officer authorized to administer oaths. You are invited to attend and to take

part in the examinations as you may deem fit and proper.

Respectfully submitted, this the 21st day of November, 2016.

**CONN APPLIANCES, INC.**

By:     */s/ Mandie B. Robinson*
        Mandie B. Robinson, MSB #100446
        James L. Banks, MSB # 102278

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
200 South Lamar Street, Ste. 100
Jackson, MS  39201-4099
Post Office Box 22608
Jackson, MS  39225-2608
Telephone:  (601) 960-8600
Facsimile:  (601) 960-8613
Mandie.robinson@formanwatkins.com
Jake.Banks@formanwatkins.com

2

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a true and correct copy of the above and

foregoing document via the Court's electronic mailing system on the following:

Christopher Neyland, Esq.
Morgan & Morgan
188 East Capitol St., Suite 777
Jackson, MS 39201
CNeyland@forthepeople.com

Jared Lee
Morgan & Morgan
20 N. Orange Ave., Suite 1600
Orlando, FL  32801
JLee@forthepeople.com

***Counsel for Lawanda Barnes***

This the 21st day of November, 2016.

/s/ Mandie B. Robinson
MANDIE B. ROBINSON

3