UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LAWANDA BARNES                                                                      PLAINTIFF

VS.                                                       CAUSE NO. 3:16-cv-413 HTW-LRA

CONN APPLIANCES, INC.                                                            DEFENDANT

## AMENDED NOTICE OF DEPOSITION

TO:   Christopher Neyland, Esq.
      Morgan & Morgan
      4450 Old Canton Road, Suite 200
      Jackson, MS 39211

      Jared Lee
      Morgan & Morgan
      20 N. Orange Ave., Suite 1600
      Orlando, FL  32801

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, Defendant Conn Appliances, Inc., will take the deposition, stenographically, of **Lawanda Barnes and Iassac Barnes**.  These depositions will take place at the following location and times:

   Offices of Christopher Neyland, Esq.
   Morgan & Morgan
   4450 Old Canton Road, Suite 200
   Jackson, MS 39211

   **Lawanda Barnes 9:30 a.m. on December 1, 2016**
   **Iassac Barnes 2:00 p.m. on December 1, 2016**

The oral examinations will continue from day to day until completed, and will be conducted before an officer authorized to administer oaths. You are invited to attend and to take part in the examinations as you may deem fit and proper.

Respectfully submitted, this the 21st day of November, 2016.

                                          **CONN APPLIANCES, INC.**

By:    */s/ Mandie B. Robinson*
          Mandie B. Robinson, MSB #100446
          James L. Banks, MSB # 102278

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
200 South Lamar Street, Ste. 100
Jackson, MS  39201-4099
Post Office Box 22608
Jackson, MS  39225-2608
Telephone:  (601) 960-8600
Facsimile:  (601) 960-8613
Mandie.robinson@formanwatkins.com
Jake.Banks@formanwatkins.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a true and correct copy of the above and foregoing document via the Court's electronic mailing system on the following:

>Christopher Neyland, Esq.
>Morgan & Morgan
>4450 Old Canton Road, Suite 200
>Jackson, MS 39211
>CNeyland@forthepeople.com
>
>Jared Lee
>Morgan & Morgan
>20 N. Orange Ave., Suite 1600
>Orlando, FL  32801
>JLee@forthepeople.com
>
>*Counsel for Lawanda Barnes*

This the 21st  day of November, 2016.

>*/s/ Mandie B. Robinson*
>MANDIE B. ROBINSON

3