## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**LAWANDA BARNES**                                                                                      **PLAINTIFF**

**VS.**                                                               **CAUSE NO. 3:16-cv-413 HTW-LRA**

**CONN APPLIANCES, INC.**                                                                    **DEFENDANT**

## NOTICE OF DEPOSITION

TO:     Christopher Neyland, Esq.
        Morgan & Morgan
        188 East Capitol St., Suite 777
        Jackson, MS 39201

        Jared Lee
        Morgan & Morgan
        20 N. Orange Ave., Suite 1600
        Orlando, FL  32801

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, Defendant Conn Appliances, Inc., will take the deposition, stenographically, of **Jeffrey A. Hansen**.  This deposition will take place at the following location and time:

   Best Western Plus
   9550 Murray Drive
   La Mesa, CA 91942
   [Phone: (619) 466-0200]

   **Wednesday, March 8, 2017 at 10:00 a.m.**

The oral examination will continue from day to day until completed, and will be conducted before an officer authorized to administer oaths.  You are hereby invited to appear at said time and place and take such part in the examination as you deem appropriate.

Respectfully submitted, this the 15th day of February, 2017.

**CONN APPLIANCES, INC.**

By: /s/ *Mandie B. Robinson*
Mandie B. Robinson, MSB #100446
James L. Banks, MSB # 102278

OF COUNSEL:

FORMAN WATKINS & KRUTZ LLP
200 South Lamar Street, Ste. 100
Jackson, MS 39201-4099
Post Office Box 22608
Jackson, MS 39225-2608
Telephone: (601) 960-8600
Facsimile: (601) 960-8613
Mandie.Robinson@formanwatkins.com
Jake.Banks@formanwatkins.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a true and correct copy of the above and foregoing document via the Court's electronic mailing system on the following:

Christopher Neyland, Esq.
Morgan & Morgan
188 East Capitol St., Suite 777
Jackson, MS 39201
CNeyland@forthepeople.com

Jared Lee
Morgan & Morgan
20 N. Orange Ave., Suite 1600
Orlando, FL 32801
JLee@forthepeople.com

*Counsel for Lawanda Barnes*

This, the 15th day of February, 2017.

/s/ *Mandie B. Robinson*
MANDIE B. ROBINSON

2